IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV
2007 MAR -8  P 4:34

CLERK
SO. DIST. OF GA.

FRANKLIN L. WILLIAMS,

    Plaintiff,

vs.

RICHARD E. CURRIE, District Attorney; STATE OF GEORGIA; ANTHONY YOUMANS, Detective; Sgt. WESIS, and MORRIS J. BROWN, informant,

    Defendants.

CIVIL ACTION NO.: CV207-031

## ORDER

The captioned action was filed in the Brunswick Division of this Court. Upon review, it appears that proper venue is within the Waycross Division of this Court. Accordingly, pursuant to Local Rule 2.1, this action is hereby transferred to the Waycross Division of this Court.

**SO ORDERED**, this 8th day of March, 2007.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)